# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**FRELANDRA WOMACK**                                             **PLAINTIFF**
**ADC# 712971**

v.                                 **No. 3:26-cv-105-DPM-JJV**

**HOLLY RING, Sergeant, McPherson Unit,**
**ADC**                                                         **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's partial recommendation, *Doc. 5*, and overrules Womack's objections, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). Womack's equal protection claim moves forward. Her other claims are dismissed without prejudice.

Womack's embedded motion for leave to amend is denied without prejudice. She can file a motion for leave to amend with an attached proposed amended complaint. The Court directs the Clerk to send her a copy of LOCAL RULE 5.5.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_